United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eileen Cera  
     Debtor

Case No. 18-17724-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: ChrissyW　　　Page 1 of 1　　　Date Rcvd: Nov 26, 2018  
　　　　　　　　　　　　Form ID: 130　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2018.  
db　　　　+Eileen Cera,　　300 N. Lafayette Ave,　　Morrisville, PA 19067-6635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2018　　　　　　　　　　　　　　　　　　Signature:　 /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2018 at the address(es) listed below:  
　　　　JOHN M. KENNEY　　on behalf of Debtor Eileen  Cera jken330@comcast.net, Kathy@jkenneylaw.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                Chapter: 13

    Eileen Cera

               Debtor(s)                        Bankruptcy No: 18−17724−elf

*O R D E R*

   **AND NOW,** this 26th day of November,2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

 It is hereby ORDERED that:

 1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

       Documents and Deadline

       Atty Disclosure Statement due 12/5/2018.
       Chapter 13 Plan due by 12/5/2018.
       Chapter 13 Statement of Your Current Monthly Income and Calculation of
       Commitment Period
       Form 122C−1 Due 12/5/2018
       Means Test Calculation Form 122C−2 Due: 12/5/2018.
       Schedules AB−J due 12/5/2018.
       Statement of Financial Affairs due 12/5/2018.
       Summary of Assets and Liabilities Form B106 due 12/5/2018.

   2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                     By the Court

                                                     Eric L. Frank
                                        Judge , United States Bankruptcy Court

                                                                  5
                                                               Form 130