# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Eileen Cera aka Eileen Schueller
    Debtor(s)

Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns
    Movant

vs.

Eileen Cera aka Eileen Schueller
    Debtor(s)

William C. Miller Esq.
    Trustee

CHAPTER 13

NO. 18-17724 ELF

11 U.S.C. Section 362

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **February 21, 2019, docket number 16**.

Respectfully submitted,

By: **/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant

April 22, 2019