IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Eileen Cera aka Eileen Schueller | : | CASE NO 18-17724 ELF |
| | : | |
| Debtor | : | Chapter 13 |
| _____ | : | |
| NATIONSTAR MORTGAGE LLC | : | |
| D/B/A MR. COOPER | : | |
| Movant | : | |
| v. | : | |
| EILEEN CERA AKA EILEEN SCHUELLER | : | |
| Debtor | : | |
| and | : | |
| | : | |
| WILLIAM C. MILLER, ESQ. | : | |
| Trustee | : | |
| Respondents | : | |

**RESPONSE OF DEBTOR TO
MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
FOR RELIEF FROM THE AUTOMATIC STAY
UNDER SECTION 362 AND 1301**

Debtor, Eileen Cera aka Eileen Schueller, by her attorney John M. Kenney hereby responds to the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay, and responds accordingly as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted

6. Admitted.

7.  Denied.  It is denied that the Debtor has failed to make the monthly payments for the period alleged.

8. Denied. It is denied that the total amount necessary to reinstate the loan post-petition is the amount alleged in paragraph 8 of the motion.

9. Denied. It is denied that the Movant is entitled to relief from stay for cause.

10. Denied.

**WHEREFORE,** Debtor, Eileen Cera aka Eileen Schueller, hereby prays this court would deny and dismiss the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the automatic stay.

Date:  August 26, 2019

/s/ John M. Kenney, Esquire
JOHN M. KENNEY, ESQUIRE
Attorney for Debtor
308 N. Oxford Valley Road
Fairless Hills, PA  19030