United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eileen Cera  
    Debtor

Case No. 18-17724-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Oct 28, 2019  
                   Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.  
14255792        +Nationstar Mortgage, LLC d/b/a Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2019 at the address(es) listed below:

        JASON BRETT SCHWARTZ    on behalf of Defendant    Exeter Finance LLC jschwartz@mesterschwartz.com  
        JOHN M. KENNEY    on behalf of Plaintiff Eileen  Cera jken330@comcast.net, Kathy@jkenneylaw.com  
        JOHN M. KENNEY    on behalf of Debtor Eileen  Cera jken330@comcast.net, Kathy@jkenneylaw.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing, Inc.  
        bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
        bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
        bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                   TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-17724-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Eileen Cera
300 N. Lafayette Ave
Morrisville PA 19067

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/25/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Nationstar Mortgage, LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 | Select Portfolio Servicing, Inc.<br>Attn: Remittance Processing<br>P.O. Box 65450<br>Salt Lake City, UT 84165-0450 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/30/19

Tim McGrath
**CLERK OF THE COURT**