United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eileen Cera  
      Debtor

Case No. 18-17724-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW   Page 1 of 1   Date Rcvd: Jan 06, 2020  
                        Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.  
db          +Eileen Cera,   300 N. Lafayette Ave,   Morrisville, PA 19067-6635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:

        JASON BRETT SCHWARTZ    on behalf of Defendant    Exeter Finance LLC jschwartz@mesterschwartz.com  
        JOHN M. KENNEY    on behalf of Plaintiff Eileen   Cera jken330@comcast.net,  Kathy@jkenneylaw.com  
        JOHN M. KENNEY    on behalf of Debtor Eileen   Cera jken330@comcast.net,  Kathy@jkenneylaw.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing, Inc.  
        bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
        bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
        bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                 TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** : | **CHAPTER 13** |
| **EILEEN CERA** : | |
| **Debtor(s)** : | **NO. 18-17724-elf** |

## ORDER

    **AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00.**

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$2,500.00** which was paid by the Debtor(s) prepetition resulting in a net compensation reimbursement of **$1,000.00**, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:** 1/6/20

                                                           **ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**