IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Chapter 13

Eileen Cera                                     :  Case No. 18-17724-elf

        Debtor                                  :


**<u>PRAECIPE TO WITHDRAW</u>**

Kindly withdraw document 58 Response to Motion for Relief From Stay which was filed
in the above matter on January 10, 2020.




Date:  February 3, 2020                 /s/ John M. Kenney_____
                                        John M. Kenney, Esquire
                                        308 N. Oxford Valley Road
                                        Fairless Hills, PA 19030
                                        (215) 547-3031
                                        Attorney for Debtor