**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE<br><br>    EILEEN CERA<br>    aka EILEEN SCHUELLER,<br>                      Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>EXETER FINANCE, LLC,<br>                      Movant<br>        vs.<br><br>EILEEN CERA<br>aka EILEEN SCHUELLER, and<br>DANIEL SCHUELLER, Codebtor.<br>                      Respondent(s)<br>        and<br><br>WILLIAM C. MILLER, ESQ.<br>                      Trustee | CHAPTER 13<br><br>CASE NO.: 18-17724-ELF<br><br><br><br><br><br>**HEARING DATE:**<br>Tuesday, February 04, 2020<br>9:30 A.M.<br><br><br><br><br>**LOCATION:**<br>United States Bankruptcy Court, 900<br>Market Street<br>Courtroom No. 1<br>Philadelphia, PA 19107 |

**O R D E R**

Upon consideration of the Motion for Relief from Automatic Stay and Codebtor Stay submitted and attached hereto, and withdrawal of the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Movant is hereby permitted to proceed and continue with an action in vehicle possession (2011 CHEVROLET Impala Sedan 4D LT Fleet, V.I.N. 2G1WG5EK7B1316380) and is hereby permitted to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter and that the stay of this Order under Rule 4001(a) is **WAIVED**.

Date: 2/4/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**