United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17724-elf
Eileen Cera                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Feb 05, 2020
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
db            +Eileen Cera,   300 N. Lafayette Ave,   Morrisville, PA 19067-6635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:
        JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance, LLC jschwartz@mesterschwartz.com
        JASON BRETT SCHWARTZ    on behalf of Defendant    Exeter Finance LLC jschwartz@mesterschwartz.com
        JOHN M. KENNEY    on behalf of Plaintiff Eileen    Cera jken330@comcast.net, Kathy@jkenneylaw.com
        JOHN M. KENNEY    on behalf of Debtor Eileen    Cera jken330@comcast.net, Kathy@jkenneylaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing, Inc.
         bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                            TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>　　EILEEN CERA<br>　　aka EILEEN SCHUELLER,<br>　　　　　　　Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>EXETER FINANCE, LLC,<br>　　　　　　　Movant<br>　　　　　vs.<br><br>EILEEN CERA<br>aka EILEEN SCHUELLER, and<br>DANIEL SCHUELLER, Codebtor.<br>　　　　　　　Respondent(s)<br>　　　　　and<br><br>WILLIAM C. MILLER, ESQ.<br>　　　　　　　Trustee | CHAPTER 13<br><br>CASE NO.: 18-17724-ELF<br><br><br><br>**HEARING DATE:**<br>Tuesday, February 04, 2020<br>9:30 A.M.<br><br><br><br>**LOCATION:**<br>United States Bankruptcy Court, 900<br>Market Street<br>Courtroom No. 1<br>Philadelphia, PA 19107 |

## O R D E R

Upon consideration of the Motion for Relief from Automatic Stay and Codebtor Stay submitted and attached hereto, and withdrawal of the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Movant is hereby permitted to proceed and continue with an action in vehicle possession (2011 CHEVROLET Impala Sedan 4D LT Fleet, V.I.N. 2G1WG5EK7B1316380) and is hereby permitted to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter and that the stay of this Order under Rule 4001(a) is **WAIVED**.

Date: 2/4/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**