# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 18-17724-ELF

EILEEN CERA

300 N. LAFAYETTE AVENUE

MORRISVILLE, PA 19067-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EILEEN CERA

300 N. LAFAYETTE AVENUE

MORRISVILLE, PA 19067-

Counsel for debtor(s), by electronic notice only.

JOHN M KENNEY
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-

Date: 12/15/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee