IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Eileen Cera | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-17724-elf |

| | | |
|---|---|---|
| Eileen Cera | : | Hearing Date: March 2, 2021 |
| Movant | : | Hearing Time: 1:00 P.M. |
| | : | |
| and | : | US Bankruptcy Court |
| | : | Robert Nix Building |
| William C. Miller | : | 900 Market Street, Suite 400 |
| Trustee | : | Philadelphia, PA  19107 |
| | : | Courtroom #1 |

## **CERTIFICATION OF NO RESPONSE**

I, John M. Kenney, Esquire, attorney for Debtor, Eileen Cera, hereby certifies that as of this 24th day of February, 2021, there has been no response or answer regarding the Motion To Reconsider Dismissing Case dated and served January 28, 2021.  It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Eric L. Frank as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.


Date: February 24, 2021                s/ John M. Kenney_____
                                       **John M. Kenney, Esquire**
                                       308 N. Oxford Valley Road
                                       Fairless Hills, PA  19030
                                       (215)547-3031