United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-17724-elf

Eileen Cera Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 03, 2022 Form ID: trc Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14411191 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Aug 04 2022 00:00:00 | | Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022 Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor US Bank Trust National Association not in its individual capacity but solely as owner trustee for VRMTG Asset Trust cwohlrab@raslg.com |
| JASON BRETT SCHWARTZ | on behalf of Defendant Exeter Finance LLC jschwartz@mesterschwartz.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Exeter Finance LLC jschwartz@mesterschwartz.com |
| JOHN M. KENNEY | on behalf of Debtor Eileen Cera jken330@comcast.net Kathy@jkenneylaw.com |
| JOHN M. KENNEY | on behalf of Plaintiff Eileen Cera jken330@comcast.net Kathy@jkenneylaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

Case 18-17724-elf    Doc 95    Filed 08/05/22    Entered 08/07/22 00:25:58    Desc Imaged
Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 03, 2022 | Form ID: trc | Total Noticed: 1 |

KEVIN G. MCDONALD

on behalf of Creditor Select Portfolio Servicing  Inc. bkgroup@kmllawgroup.com

KEVIN G. MCDONALD

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor Select Portfolio Servicing  Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-17724-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Eileen Cera
300 N. Lafayette Ave
Morrisville PA 19067

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/03/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450 | US Bank Trust National Association<br>c/o Shellpoint Mortgage Servicing |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/05/22

Tim McGrath
**CLERK OF THE COURT**