# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eileen Cera aka Eileen Schueller<br>    Debtor(s) | Chapter 13 |
| Select Portfolio Servicing, Inc., the client is NewRez, LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank National Association, Not In Its Individual Capacity But Solely A Owner Trustee For VRMTG Asset Trust<br>    Moving Party<br>vs.<br>Eileen Cera aka Eileen Schueller<br>    Debtor(s)<br>Daniel Schueller<br>    Co-Debtor<br>and Kenneth E. West Esq.<br>    Trustee | NO. 18-17724 ELF |

## ORDER

AND NOW, this 19th day of December, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow Select Portfolio Servicing, Inc., d/b/a Shellpoint Mortgage Servicing as servicer for US Bank National Association, Not In Its Individual Capacity But Solely A Owner Trustee For VRMTG Asset Trust and its successor in title to exercise its *in rem* rights under applicable nonbankruptcy law regarding the premises 300 North Lafayette Avenue, Morrisville, PA, 19067.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE