United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                              Case No. 18-17724-elf
Eileen Cera                                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eileen Cera, 300 N. Lafayette Ave, Morrisville, PA 19067-6635 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:

**Name**                              **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as owner trustee for VRMTG Asset Trust cwohlrab@raslg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Select Portfolio Servicing  Inc., the client is NewRez, LLC d/b/a et al... bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
    on behalf of Defendant Exeter Finance LLC jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

JASON BRETT SCHWARTZ

on behalf of Creditor Exeter Finance  LLC jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

JOHN M. KENNEY
    on behalf of Plaintiff Eileen Cera jken330@comcast.net Kathy@jkenneylaw.com

JOHN M. KENNEY
    on behalf of Debtor Eileen Cera jken330@comcast.net Kathy@jkenneylaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Select Portfolio Servicing  Inc. bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eileen Cera aka Eileen Schueller<br>　　　　　　Debtor(s) | |
| Select Portfolio Servicing, Inc., the client is NewRez, LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank National Association, Not In Its Individual Capacity But Solely A Owner Trustee For VRMTG Asset Trust<br>　　　　　　Moving Party<br>vs. | Chapter 13<br><br>NO. 18-17724 ELF |
| Eileen Cera aka Eileen Schueller<br>　　　　　　Debtor(s)<br>Daniel Schueller<br>　　　　　　Co-Debtor<br>and Kenneth E. West Esq.<br>　　　　　　Trustee | |

**ORDER**

AND NOW, this 19th day of December, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow Select Portfolio Servicing, Inc., d/b/a Shellpoint Mortgage Servicing as servicer for US Bank National Association, Not In Its Individual Capacity But Solely A Owner Trustee For VRMTG Asset Trust and its successor in title to exercise its *in rem* rights under applicable nonbankruptcy law regarding the premises 300 North Lafayette Avenue, Morrisville, PA, 19067.

　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE