# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-17724-ELF

EILEEN CERA

300 N. LAFAYETTE AVENUE

MORRISVILLE, PA 19067-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EILEEN CERA

    300 N. LAFAYETTE AVENUE

    MORRISVILLE, PA 19067-

Counsel for debtor(s), by electronic notice only.

    JOHN M KENNEY, ESQ
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

Date: 2/23/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee