## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          **Chapter 13**
EILEEN  CERA


      **Debtor**                **Bankruptcy No.** 18-17724-PMM

# O R D E R

**AND NOW**, this <u>28th</u> day of <u>March</u>, 202<u>3</u>, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JOHN M KENNEY, ESQ
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-

Debtor:
EILEEN  CERA

300 N. LAFAYETTE AVENUE

MORRISVILLE, PA 19067-