United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Eileen Cera

    Debtor

Case No. 18-17724-pmm

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                      Page 1 of 3

Date Rcvd: Mar 28, 2023             Form ID: pdf900               Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Cera, 300 N. Lafayette Ave, Morrisville, PA 19067-6635 |
| 14234455 | + | Abington Surgical Center, 2701 Blair Mill Road, Suite 35, Willow Grove, PA 19090-1094 |
| 14550791 | + | Exeter Finance LLC c/o AIS Portfolio Services, LP, PO BOX 650693, Dallas TX 75265-0693 |
| 14237873 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14234460 | + | PA Dept Of Revenue, PO Box 280432, Bureau Of Individual Taxes, Harrisburg, PA 17128-0432 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 28 2023 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2023 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2023 00:03:28 | Exeter Finance, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 28 2023 23:51:00 | US Bank Trust National Association, not in its ind, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 14234456 | | Email/Text: collectors@arresourcesinc.com | Mar 28 2023 23:51:00 | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14234457 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2023 23:51:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14254535 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Mar 29 2023 00:03:36 | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 14235744 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2023 00:03:36 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14550684 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2023 00:03:28 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14234458 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Mar 29 2023 00:03:36 | Exeter Finance Llc, Po Box 166097, Irving, TX 75016-6097 |
| 14255792 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2023 23:51:00 | Nationstar Mortgage, LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14234459 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2023 23:51:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14411191 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2023 23:52:00 | Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT |

District/off: 0313-2                          User: admin                                Page 2 of 3
Date Rcvd: Mar 28, 2023                       Form ID: pdf900                            Total Noticed: 18

84165-0450

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association, Not In Its Ind |
| 14710529 | | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing |
| cr | *+ | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14236408 | *+ | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14237874 | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as owner trustee for VRMTG Asset Trust cwohlrab@raslg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Select Portfolio Servicing  Inc., the client is NewRez, LLC d/b/a et al... bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Exeter Finance  LLC jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| JASON BRETT SCHWARTZ | on behalf of Defendant Exeter Finance LLC jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| JOHN M. KENNEY | on behalf of Plaintiff Eileen Cera jken330@comcast.net  Kathy@jkenneylaw.com |
| JOHN M. KENNEY | on behalf of Debtor Eileen Cera jken330@comcast.net  Kathy@jkenneylaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Select Portfolio Servicing  Inc. bkgroup@kmllawgroup.com |

KEVIN G. MCDONALD

    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
EILEEN  CERA


        Debtor              Bankruptcy No. 18-17724-PMM

# O R D E R

    **AND NOW**, this  28th  day of  March , 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_Patricia M. Mayer_

_____
Honorable Patricia M. Mayer
Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JOHN M KENNEY, ESQ
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-


Debtor:
EILEEN  CERA

300 N. LAFAYETTE AVENUE

MORRISVILLE, PA 19067-