**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Eileen Cera aka Eileen Schueller<br>Debtor(s) | **BK NO. 18-17724 ELF** |
| **Select Portfolio Servicing, Inc.**<br>Movant<br>vs. | **Chapter 13**<br><br>**Related to Claim No. 3** |
| **Eileen Cera aka Eileen Schueller**<br>Debtor(s) | |
| **William C. Miller Esq.**,<br>**Trustee** | |

**CERTIFICATE OF SERVICE OF
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 15, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Eileen Cera aka Eileen Schueller
300 North Lafayette Avenue
Morrisville, PA 19067

Attorney for Debtor(s)
John M. Kenney, Esq.
308 North Oxford Valley Road
Fairless Hills, PA 19030

Trustee
William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: September 15, 2021

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Phone: (215) 825-6327
Email: rsolarz@kmllawgroup.com